463 A.2d 55

Commonwealth v. Conklin, Appellant.

Submitted April 26, 1983.  Bruce S. Miller, for appellant; Joseph Giebus, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, WIEAND and POPOVICH, JJ.

Judgment of sentence affirmed.

---

463 A.2d 55

Commonwealth v. Cunningham, Appellant.
Petition for Allowance of Appeal
Denied Jan. 31, 1984.

Submitted March 23, 1983.  Susan Claire DeYoung, Assistant Public Defender, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., CIRILLO and HOFFMAN, JJ.

Affirmed.